RECEIVED AND [FILED]

OCT 14 3/10 PM '11

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | ) Case No. BK-S-08-19812 MKN |
| | ) |
| Perry, Michael Allen | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Perry, Linda Ann | ) |
| Debtor(s) | ) NOTICE OF UNCLAIMED FUNDS |
| | ) |

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | America Servicing Company<br>Po Box 60768<br>Los Angeles CA 90060 | | $ 3,751.44 |
| 4 | Saxon Mortgage<br>PO Box 961105<br>Fort Worth TX 76161 | | $ 1,726.99 |
| | Sub-Totals | $ 0.00 | $ 5,478.43 |
| | Total check | | $ 5,478.43 |

Date:   October 10, 2011

_____
Trustee William A. Leonard, Jr.

#204723   $5478.43